**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* REBECCA MILLER; *et al.*,<br><br>        Plaintiff and Relator,<br><br>   v.<br><br>RECKITT BENCKISER PHARMACEUTICALS, INC., n/k/a Indivior Inc. and RECKITT BENCKISER PHARMACEUTICAL SOLUTIONS, INC., n/k/a Indivior Solutions, Inc.,<br><br>        Defendants. | Case No. 1:15-cv-00017 |

## STIPULATION AND [PROPOSED] ORDER

It is stipulated by and between the undersigned parties, by their respective attorneys, as follows:

1. In its Opinion and Order dated October 17, 2023 (Doc.153), the Court granted Plaintiff-Relator leave to file a Sixth Amended Complaint by November 16, 2023.

2. The parties herein agree and stipulate that the Plaintiff-Relator may have an extension of 14 days to file her Sixth Amended Complaint, through and including November 30, 2023.

3. The parties further agree and stipulate that the deadline for Defendants to answer Plaintiff-Relator's Sixth Amended Complaint will be 30 days after Plaintiff-Relator has served her Sixth Amended Complaint, as ordered by the Court in its October 31, 2023 order (Doc. 155).

*[Signatures Follow on Next Page]*

This the 15th day of November, 2023.

| For Plaintiff-Relator Rebecca Miller: | For Defendants Indivior Solutions, Inc., Indivior Inc., and Indivior plc: |
|---|---|
| /s/ *Doug Landau*<br>Doug Landau, Esq.<br>Abrams Landau, Ltd.<br>797 Center Street<br>Herndon, VA 20170<br>(703) 796-9555<br>doug@landaulawshop.com | /s/ *Mitch Lazris*<br>Mitch Lazris<br>Gejaa Gobena (of counsel)<br>Hogan Lovells US LLP<br>555 Thirteenth Street, NW<br>Washington, D.C. 20004<br>mitch.lazris@hoganlovells.com<br>gejaa.gobena@hoganlovells.com<br>(202) 637-5513 |
| Sarah M. Frazier<br>Law Office of Sarah Frazier, PLLC<br>1919 Decatur Street<br>Houston, TX  77007<br>Telephone (713) 510-3336<br>sarah@sarahfrazierlaw.com<br>*Admitted pro hac vice* | |
| Charles H. Rabon, Jr.<br>Rabon Law Firm, PLLC<br>413 S. Sharon Amity Rd., Suite C<br>Charlotte, North Carolina 28211<br>crabon@usfraudattorneys.com<br>(704) 247-3247<br>*Admitted pro hac vice* | |
| John P. Leader, Esq.<br>The Leader Law Firm<br>405 W. Cool Dr., Suite 107<br>Tucson, AZ 85704<br>(520) 575-9040<br>*Admitted pro hac vice* | |

## [PROPOSED] ORDER

IT IS SO ORDERED by this Court, this \_\_\_\_\_ day of November, 2023.

_____
United States District Judge

## **CERTIFICATE OF SERVICE**

      This is to certify that on November 15, 2023, a copy of the foregoing was served electronically by filing it with the Court's ECF system, which will send e-mail notification to all counsel of record.

                                              /s/ *Charles H. Rabon, Jr.*
                                              Charles H. Rabon, Jr.