IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* REBECCA MILLER; *et al.*,<br><br>Plaintiff and Relator,<br><br>v.<br><br>RECKITT BENCKISER PHARMACEUTICALS, INC., n/k/a Indivior Inc. and RECKITT BENCKISER PHARMACEUTICAL SOLUTIONS, INC., n/k/a Indivior Solutions, Inc.,<br><br>Defendants. | Case No. 1:15-cv-00017 |

## ORDER

The Stipulation filed by the parties on November 15, 2023, ECF No. 156, extending the tine to file a Sixth Amended Complaint, and the Answer thereto, is hereby accepted and ordered by the Court.

It is so ORDERED.

ENTER: November 16, 2023

_/s/ [signature]_
Senior United States District Judge