**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* REBECCA MILLER; *et al.,*<br><br>    Plaintiff and Relator,<br><br>v.<br><br>RECKITT BENCKISER PHARMACEUTICALS, INC., n/k/a Indivior Inc. and RECKITT BENCKISER PHARMACEUTICAL SOLUTIONS, INC., n/k/a Indivior Solutions, Inc.,<br><br>    Defendants. | Case No. 1:15-cv-00017 |

**STIPULATION AND [PROPOSED] ORDER**

It is stipulated by and between the undersigned parties, by their respective attorneys, as follows:

1. By a previous stipulation dated and filed on November 15, 2023, the parties agreed to an extension of 14 days for the Plaintiff-Relator to file her Sixth Amended Complaint, through and including November 30, 2023 (Doc. 156).

2. The Court accepted the parties' stipulation and issued its Order approving the stipulation on November 16, 2023 (Doc. 157).

3. Due to the death of a close family member of one the Plaintiff-Relator's counsel of record, which unexpectedly necessitates cross-country travel and being out of their office for several days, the parties again now stipulate and agree to a further short extension of time of 7 days for the filing of Plaintiff-Relator's Sixth Amended Complaint, through and including December 7, 2023.

4. The parties further inform the Court that they have agreed to resume mediation of this matter with Judge Sargent, in person in Abingdon, Virginia, at the earliest practical convenience. Counsel are in the process now of reaching out to Judge Sargent's chambers to arrange the in-person mediation session.

5. This stipulation and request by the parties to approve it is made in good faith and not for any purposes of delay.

*[Signatures Follow on Next Page]*

This the 29th day of November, 2023.

| For Plaintiff-Relator Rebecca Miller: | For Defendants Indivior Solutions, Inc., Indivior Inc., and Indivior plc: |

/s/ *Doug Landau*
Doug Landau, Esq.
Abrams Landau, Ltd.
797 Center Street
Herndon, VA 20170
(703) 796-9555
doug@landaulawshop.com

/s/ *Mitch Lazris*
Mitch Lazris
Gejaa Gobena (of counsel)
Hogan Lovells US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
mitch.lazris@hoganlovells.com
gejaa.gobena@hoganlovells.com
(202) 637-5513

Sarah M. Frazier
Law Office of Sarah Frazier, PLLC
1919 Decatur Street
Houston, TX  77007
Telephone (713) 510-3336
sarah@sarahfrazierlaw.com
*Admitted pro hac vice*

Charles H. Rabon, Jr.
Rabon Law Firm, PLLC
413 S. Sharon Amity Rd., Suite C
Charlotte, North Carolina 28211
crabon@usfraudattorneys.com
(704) 247-3247
*Admitted pro hac vice*

John P. Leader, Esq.
The Leader Law Firm
405 W. Cool Dr., Suite 107
Tucson, AZ 85704
(520) 575-9040
*Admitted pro hac vice*

## [PROPOSED] ORDER

IT IS SO ORDERED by this Court, this _____ day of November, 2023.

_____
United States District Judge

## **CERTIFICATE OF SERVICE**

      This is to certify that on November 29, 2023, a copy of the foregoing was served electronically by filing it with the Court's ECF system, which will send e-mail notification to all counsel of record.

                                              /s/ *Charles H. Rabon, Jr.*
                                              Charles H. Rabon, Jr.